Rose Karlock, Administrator of Estate of Frank Karlock, Deceased, Appellee, v. New York Central Railroad Company, Appellant.

Gen. No. 10,159.

Heard in this court at the May term, 1947; opinion filed March 9, 1948; released for publication March 30, 1948. Eva L. Minor, for appellant; Donald D. Zeglis, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.